UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

BARBARA GARDNER,

        Plaintiff,                                         Case No.4:06-CV-119

v.                                                      Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

                                                     /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmdoy. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 7, 2008 (Dkt. No. 16) is APPROVED and ADOPTED as the opinion of the Court.

        **IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is **REVERSED** and this matter is **REMANDED** for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated in Kalamazoo, MI:                          /s/Richard Alan Enslen
September 2, 2008                                    Richard Alan Enslen
                                                          Senior United States District Judge